# MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZURU INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Zuru's motion that this Court direct the Clerk of Court to seal Schedule "A" to the Complaint, Summons, and Exhibit 1 to the Declaration of Sherin Xu (Does 1 to 144) is granted.  SO ORDERED. <br><br> _____ <br> Edgardo Ramos, U.S.D.J <br> Dated: March 9, 2023 <br> New York, New York <br><br> **CASE NO.: 1:23-cv-01852-ER** |

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiff ZURU INC., pursuant to Section 6.1 of the Southern District of New York's Electronic Case Filing Rules and Instructions, and upon the accompanying memorandum of law and proposed order, Plaintiff requests that this Court order the Clerk of Court to seal the following documents: Schedule "A" to the Complaint; Summons; and Exhibit 1 to the Declaration of Sherin Xu (Does 1 to 144) .

Dated:  March 7, 2023                                   Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
NY Bar Number:  2459576
joel.rothman@sriplaw.com
JOSEPH A. DUNNE
NY Bar Number. 4831277
joseph.dunne@sriplaw.com
ELIEZER LEKHT
NY Bar Number:  5762497
eliezer.lekht@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
Third Floor
Brooklyn, NY 11201

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc.*