UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURU INC.,

                Plaintiff,

– against –

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, YARONG STORE, CZGRAIN, and FUNNY TOYS STORE,

                Defendants.

**ORDER**

23 Civ. 1852 (ER)

Ramos, D.J.:

      Before the Court is Plaintiff's Notice of Voluntary Dismissal, Doc. 30, filed on April 3, 2023, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i). Accordingly, the Court dismisses defendant No. 136 in Schedule A from this action with prejudice.

      It is SO ORDERED.

Dated:    April 3, 2023
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.