UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURU INC.,

                Plaintiff,

– against –

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, YARONG STORE, CZGRAIN, and FUNNY TOYS STORE,

                Defendants.

**ORDER**

23 Civ. 1852 (ER)

Ramos, D.J.:

    Before the Court is Plaintiff's Motion to Unseal, Doc. 33, filed April 3, 2023. Plaintiff requests that the Court unseal the case including all pleadings and orders filed under seal in this matter. The Court grants this motion.

    The Clerk of Court is respectfully directed to unseal the documents currently filed under seal, *i.e.*, Doc. 13.

    It is SO ORDERED.

Dated:   April 3, 2023
            New York, New York

                                                                   EDGARDO RAMOS, U.S.D.J.