UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT 94

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 49. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against Defendant Necano Inc (Defendant No. 94 on Schedule "A").

**DONE AND ORDERED** in  New York , New York, this  5 th day of  April , 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS