UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS 21, 23, 33 AND 47

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 49. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against the following Defendants:

1. Korolon (Defendant No. 21 on Schedule "A");
2. Hlonon (Defendant No. 23 on Schedule "A");
3. BOPICOCKOK Direct (Defendant No. 33 on Schedule "A"); and
4. Kikapabi-US (Defendant No. 47 on Schedule "A").

**DONE AND ORDERED** in ___New York___, New York, this _5_ th day of ___April___, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS