UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br><br> Defendants | Case No.: 1:23-cv-01852 <br><br> Hon. Judge Edgardo Ramos <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that the Defendant, HWUUCL-US, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorney for said Defendant and demand that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Queens, New York
April 6, 2023

Respectfully Submitted,

*/s/ Jiyuan Zhang*
───────────────────────
By: Jiyuan Zhang, Esq. (JZ7401)
J. Zhang and Associates, P.C.
13620 38th Avenue, #11G
Flushing, NY 11354
Tel: (607) 948-3339
*Attorney for Defendant, HWUUCL-US*

**AFFIRMATION OF SERVICE**

I, Jiyuan Zhang, an attorney, certifies that on April 6, 2023, a true and correct copy of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and all interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq
