UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANT 24 AND 36

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, Doc. 66, filed on April 11, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against the following Defendants:

1. starshine2 (Defendant No. 24 on Schedule "A");
2. Rosycila (Defendant No. 36 on Schedule "A"), and
3. Andybear (Defendant No. 48 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 12th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS