# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN DIVISION

### CASE NO.:  1:23-cv-01852-ER

ZURU INC.,

                Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

                Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANT 74

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 69, filed on April 17, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the Defendant KVJ JOY (Defendant No. 74 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS