UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANTS 19, 35, 49, 82, 84, 106, 107, 143 AND 144

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, Doc. 79, filed on April 21, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the following Defendants:

1. CHENYBIN (Defendant No. 19 on Schedule "A");
2. Yangch shop (Defendant No. 35 on Schedule "A"),
3. Demeng - US (Defendant No. 49 on Schedule "A"),
4. Sango Musamune (Defendant No. 82 on Schedule "A"),
5. MODUO | Hangzhou Zhenzi Trading Co.,Ltd) (Defendant No. 84 on Schedule "A"),
6. FunnyShop | Guangzhou Longda Technology Co., Ltd. (Defendant No. 106 on Schedule "A"),

7. MODUO | Hangzhou Zhenzi Trading Co.,Ltd) (Defendant No. 107 on Schedule "A"),

8. USDeal (Defendant No. 143 on Schedule "A"), and

9. YYsales (Defendant No. 144 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 21 day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS