UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANTS 73, 103, 116 AND 127

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [82], filed on April 28, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the following Defendants:

1. CATCAKE (Defendant No. 73 on Schedule "A");

2. Toys4you/Rising Gear LLC (Defendant No. 103 on Schedule "A");

3. JoyABit | BSF Trading Inc. (Defendant No. 116 on Schedule "A"), and

4. MaFen Co, Ltd | kunmingmafendianzishangwuyouxianzerengongsi (Defendant No. 127 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 28 day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS