UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

### ORDER OF DISMISSAL AS TO DEFENDANTS 97 AND 110

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [89], filed on May 4, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the following Defendants:

1. Goodwill/shenzhenshiyinqingmaoyiyouxiangongsi (Defendant No. 97 on Schedule "A"); and

2. Husfou | shenzhenshiqingshukejiyouxiangongsi (Defendant No. 110 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this _4_ day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS