# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN DIVISION

### CASE NO.:  1:23-cv-01852-ER

ZURU INC.,

           Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

           Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANT 31

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [94], filed on  May 19, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the Defendant Haoyundao (Defendant No. 31 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 22 day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS