**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.:  1:23-cv-01852-ER**

ZURU INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       Defendant.

**ORDER OF DISMISSAL AS TO DEFENDANT 115**

      **THIS CASE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 9_7_, filed on May 24, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the Defendant LOVE DOCK Direct Store | Shenzhen Yixiangcheng Technology CoLtd (Defendant No. 115 on Schedule "A").

      **DONE AND ORDERED** in New York, New York, this 25th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS