UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS 89, 95 AND 128

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [103], filed on June 8, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the following Defendants:

a. Wintek Design LLC (Defendant No. 89 on Schedule "A");

b. 1 by 1 us inc/1 BY 1 US INC (Defendant No. 95 on Schedule "A"); and

c. EXGREEM TRADING INC (Defendant No. 128 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 8th day of June, 2023.

UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS
New York, New York