UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANT 112

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [106], filed on June 13, 2023, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendant Lingke Business (Defendant No. 112 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 13 day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS