UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

## ORDER OF DISMISSAL AS TO DEFENDANT 111

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [109], filed on June 28, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the following Defendants huaxuan | shenzhenshihuaxuandianzishangwuyouxiangongsi (Defendant No. 111 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 28 day of June, 2023.

UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS