UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## [proposed] ORDER OF DISMISSAL AS TO DEFENDANTS 90 AND 91

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 136, filed on Sept. 14, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the following Defendants:

a. Shenzhenshijinxupengchengmaoyiyouxiangongsi (Defendant No. 90 on Schedule "A"); and

b. Alite-US/Shenzhenshi ailitedianzikeji youxiangongsi (Defendant No. 91 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 14th day of September, 2023.

UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS