UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.:  1:23-cv-01852-ER

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## [proposed] ORDER OF DISMISSAL AS TO DEFENDANT 140

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 139, filed on September 19, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action without prejudice as against MikamiShop (Defendant No. 140 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 19th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS