IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU INC.,<br><br>        Plaintiff,<br><br>v.<br><br>The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>        Defendants. | Case No. 1:23-cv-01852 (ER)<br><br><br><br>**NOTICE OF APPEARANCE**<br>**ON BEHALF OF MATISSA INC.** |

**PLEASE TAKE NOTICE** that, on behalf of Defendant Matissa Inc. (Defendant 113), the undersigned hereby enters an appearance.

Dated: October 10, 2023
        New York, New York

                                    Respectfully submitted,

                                    BRENNAN LAW FIRM PLLC

                                    By: _____
                                            Kerry A. Brennan

                                    116 West 23rd Street, 5th Floor
                                    New York, NY  10011
                                    kerry.brennan@brennanlawpllc.com
                                    Tel.: 212-729-1980

                                    Counsel for Defendant Matissa Inc.