# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

### CASE NO.: 1:23-cv-01852-ER

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendant.

## [proposed] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT 113

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 155, filed on Oct. 13, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against Defendant Matissa inc (Defendant No. 113 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 13 day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS