# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

**CASE NO.: 1:23-cv-01852-ER**

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT 78

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 158, filed on 10/20, 2023, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendant AlwaysOutdoors (Defendant No. 78 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 20 day of October, 2023.

UNITED STATES DISTRICT JUDGE
HONORABLE EDGARDO RAMOS